**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

**IN THE MATTER OF:**

| | | |
|---|---|---|
| **NAME:** | **SMITH, THOMAS ALEXANDER** | **CHAPTER 13** |
| | **SMITH, YOLANDA KAYE** | **CASE NO.  19-40462** |
| **ADDRESS:** | **2565 NC 120 HWY.** | |
| | **MOORESBORO, NC 28114-6732** | |
| **SSN:** | **--- -- 3598 & --- -- 9794** | |

**DEBTORS**

**1.  NOTICE OF BANKRUPTCY FILING**

**2.  NOTICE OF THE AUTOMATIC STAY**

**3.  NOTICE OF CHAPTER 13 PLAN FILED BY DEBTOR**

**4.  NOTICE OF RIGHT TO OBJECT TO PLAN AND FINAL DATE FOR FILING OBJECTIONS**

**1.  NOTICE OF BANKRUPTCY FILING**

PLEASE TAKE NOTICE that the above named debtor(s) have filed a petition for relief under CHAPTER 13 of Title 11 of the United States Code.  This petition has been filed with the United States Bankruptcy Court for the Western District of North Carolina.

**2.  NOTICE OF AUTOMATIC STAY AND SANCTIONS FOR VIOLATION OF STAY**

*PLEASE TAKE FURTHER NOTICE that if this is the first bankruptcy filing for the debtor(s), pursuant to Section 362 of Title 11 of the United States Code all creditors and other legal entities including individuals are hereby AUTOMATICALLY STAYED AND ENJOINED from commencing or continuing any judicial, administrative or other proceeding against the debtor(s); from enforcing a judgment against the debtor(s) or their property; from creating, perfecting or enforcing against the debtor(s) any lien; from collecting or recovering a claim against the debtor(s); from setting off any debt owed by the debtor(s); or from taking any other form of adverse creditor action against the debtor(s) or property of the debtor(s) .*

*In the event that this is a case in which there is one prior dismissed bankruptcy case within the last year, there is a 30 day automatic stay as to the debtor which may be extended if granted by the Bankruptcy Court.  However, the automatic stay as to property of the estate is not limited to the said 30 day period and therefore any collection action as to property of the estate both before and after the 30 day period  is enjoined as to any property of the estate for the duration of the bankruptcy proceeding*

*or until the secured creditor secures relief from the stay after notice and a hearing or the case is dismissed prior to discharge.*

*In the event that this is a case in which there has been more than one prior dismissed bankruptcy case within the last year, there is no automatic stay both as to the Debtor and as to property of the estate in effect unless requested by a party and granted by the Bankruptcy Court after proper notice and a hearing.*

*PLEASE TAKE FURTHER NOTICE THAT ANY VIOLATION OF THIS AUTOMATIC STAY OR ANY OTHER BANKRUPTCY STAY WILL RESULT IN THE FILING OF A MOTION FOR SANCTIONS WITH THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA.  IF SUCH A MOTION IS FILED, THE DEBTOR(S) WILL MOVE THE COURT FOR THE RECOVERY OF ACTUAL DAMAGES OF NO LESS THAN $2,500.00, OF PUNITIVE DAMAGES OF NO LESS THAN $10,000.00, AND OF LEGAL FEES AND EXPENSES IN AN AMOUNT NO LESS THAN $2,500.00.*

## 2A.  NOTICE OF 341 MEETING

PLEASE TAKE FURTHER NOTICE that the notice of the first meeting of creditors in this case will be issued by the Standing Chapter 13 Trustee and you will receive a copy thereof.  This notice will include the time, date and place for the first meeting of creditors in this case.  This notice will also include a proof of claim form that may be used for filing any proof of claim form with the Trustee's Office.

## 2B.  MASTER MAILING MATRIX OF ALL CREDITORS AND PARTIES

PLEASE TAKE FURTHER NOTICE that all known creditors in this case are listed by name, address and account number (if known or assigned) on the master mailing matrix, a copy of which is attached to this notice.

## 2C.  NOTICE OF CASE INFORMATION PROCEDURES

PLEASE TAKE FURTHER NOTICE that you may call the telephone numbers noted herein for a computer assisted voice confirmation (VCIS) of this filing from the United States Bankruptcy Court. The telephone numbers are: 704.350.7505 or 800.884.9868. In order to get information from this system, you must use a touch-tone telephone.

PLEASE TAKE FURTHER NOTICE that information about this case may also be obtained by use of the electronic public access system (PACER).  This system allows any party to use a terminal or computer and modem to dial into the Bankruptcy Court's computer system, to connect to a special information computer, and to request information about a case.  The Court's PACER telephone numbers are 704.350.7509 and 800.324.5614.  The Clerk's office will provide documentation on the use, restrictions, and capabilities of the PACER system, as well as a PACER registration form and user identification, upon request.  All inquiries should be directed to the Court's Director of Automation or other systems staff at 704.350.7500.

PLEASE TAKE FURTHER NOTICE that you may obtain copies of any and all pleadings and schedules filed in this case from the court's web site, www.ncwb.uscourts.gov.   This site is maintained by the United States Bankruptcy Court for the Western District of North Carolina and all documents

filed in this case are public records available from this site with a PACER identification and password.

PLEASE TAKE FURTHER NOTICE that all inquiries regarding this case addressed to the attorney of record for the debtor must be made in writing and that copies of all pleadings filed with the court will be provided at the rate of $1.00 per page, payable in advance.

### 3.  NOTICE OF CHAPTER 13 PLAN

***A CHAPTER 13 PLAN WILL BE SERVED SEPARATELY. YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE ANY ATTORNEY, YOU MAY WISH TO CONSULT ONE).***

### 4.  NOTICE OF TIME PERIOD FOR OBJECTIONS TO PLAN

***Local Rule 3015-1 of the United States Bankruptcy Court for the Western District of North Carolina provides that "Parties shall have fourteen (14) days after the 341(a) meeting within which to file an objection to confirmation of the Chapter 13 plan.  If no objection is filed within that time, the Court will enter an order confirming the plan."  If you do not want the court to grant the relief requested by the debtor(s) in their plan summary, or if you want the court to consider your views on the plan, then you must timely file a written objection to confirmation and request for hearing with the Clerk of the Court.  If a timely objection is filed, then all parties will receive notice of the time, date and place for the Court hearing.***

### 4A.  NOTICE OF FILING AND SERVICE OF OBJECTIONS

File with the court a written request for a hearing and a written objection to confirmation if you desire to file one at:

> United States Bankruptcy Court
> Western District of North Carolina
> 401 West Trade Street
> Charlotte, NC 28202

You must also mail a copy to:

> Matthew T. McKee
> Attorney for the Debtor(s)
> P.O. Box 1000
> Shelby, NC 28151-1000

and to:

> Steven G. Tate
> Chapter 13 Trustee
> 212 Cooper Street
> Statesville, NC 28677

**4B. NOTICE OF CONSEQUENCES OF FAILURE TO FILE TIMELY OBJECTION TO PLAN**

**IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.**

### 5. NOTICE OF YOUR ADDRESS

**Please be advised that the filing or service of any Notice of Appearance by an attorney on behalf of any creditor, the filing of an address for service of court papers, and filing of the name and address of any designated party or agent for the receipt of court papers, shall be deemed the proper address for all such creditors for service of any notices, papers, motions or other process in this case and shall be deemed a waiver of the Notice provisions provided for by Section 342(c) of the Bankruptcy Code with respect to any notice required to be given by the debtor to a creditor.  The address for notices filed in this case shall be "deemed" the exclusive notice address unless and until a written request or notice of a new address is filed by the creditor in this case and served on the Court, the Trustee, and the attorney for the Debtor(s).**

DATED THIS THE 26TH DAY OF DECEMBER, 2019.

*M.J. McKee*

_____
Matthew T. McKee
MAX GARDNER LAW, PLLC
ATTORNEY FOR THE DEBTOR
P.O. BOX 1000
SHELBY NC 28151-1000
704.487.0616 (VOICE)
888.870.1647 (FAX)
Primary e-mail:  mattmckee@maxgardner.com

CERTIFICATE OF SERVICE

Casey J. Hopper, Legal Assistant, hereby certifies to the court as follows:

1.      I am not a party to this proceeding;

2.      I am not less than 18 years of age;

3.      I have this day served a copy of the foregoing Notice of Filing on all parties in interest, by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person or entity at the place and address as appears on the master mailing matrix, a copy of which is attached hereto as Exhibit A and is fully incorporated herein by this reference;

4.      To the best of my knowledge, information and belief, the parties in interest in this proceeding are not infants and are not incompetent; and

5.      Service as outlined herein was made within the United States of America.

DATED THIS THE 26TH DAY OF DECEMBER, 2019.


     /s/ Casey J. Hopper
Casey J. Hopper
MAX GARDNER LAW, PLLC
P.O. BOX 1000
SHELBY NC 28151-1000
TELEPHONE NO: 704.487.0616

MASTER MAILING MATRIX ATTACHED

Label Matrix for local noticing
0419-4
Case 19-40462
Western District of North Carolina
Shelby
Thu Dec 26 14:15:41 EST 2019

Shelby Division
401 West Trade Street
Charlotte, NC 28202-1633

360 Equipment Finance, LLC
300 Beardsley Ln. Bldg D
Ste. 201
Austin, TX 78746-4945

Allan Wilson, SC Attorney General
Rembert Dennis Bldg
1000 Assembly St.
Columbia, SC 29201-3117

Ally Financial
P O Box 380901
Bloomington, MN 55438-0901

Altran Financial, LP
5800 North Course Dr.
Houston, TX 77072-1613

American Honda Finance
13856 Ballantyne Corp Pl
Charlotte, NC 28277-2711

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

Brenda Brown Administrator
Unemployment Insurance & Regional Operat
148 Andrew Young Int'l Blvd., Ste.
Atlanta, GA 30303-1732

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

(p)CAROLINAS EMERGENCY PHYSICIANS
PO BOX 9238
DAYTONA BEACH FL 32120-9238

Charles C. Euripides, Attorney
Crown Center 580 Main St.
Ste. 600
Norfolk, VA 23510

(p)CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD
STE 100
COLUMBUS OH 43220-3662

Christopher Carr, GA Attorney General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-9057

Cleveland Co. Clerk of Court
18-CVD-1846
100 Justice Place
Shelby, NC 28150-4638

Cleveland Co. Clerk of Court
19-CVD-1272
100 Justice Place
Shelby, NC 28150-4638

Dan Ellzey, Executive Director
SC Dept. of Employment & Workforce
P O Box 995
Columbia, SC 29202-0995

Delta Management Group
2499 Rice St., Ste. 245
St. Paul, MN 55113-3700

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Dr. Laura Williams Carscaddon
129 Spring Forest Dr.
Shelby, NC 28152-9102

First Citizens Bank
Equipment Fin/Leasing
P O Box 63034
Charlotte, NC 28263-3034

Ford Motor Credit Company, LLC
P O Box 17948
Greenville, SC 29606-8948

Georgia Dept. of Labor
148 Andrew Young International Blvd. NE
Ste. 752
Atlanta, GA 30303-1751

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Glasser & Glasser, PLC
P O Box 3400
Norfolk, VA 23514-3400

Hunter Warfield
4645 S. Lakeshore Dr.
Ste. 11
Tempe, AZ 85282-7152

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

John Deere Financial
P O Box 6600
Johnston, IA 50131-6600

Joshua H. Stein, Attorney General
NC Dept of Justice
114 W. Edenton St.
Raleigh, NC 27603-1712

K.C. Ishijima, Attorney
Gurstel Law Firm, PC
1275 E. Fort Union Blvd., Ste. 116
Midvale, UT 84047-1887

Law Office of Attorney Clark Thurn
2499 Rice St., Ste. 235
Saint Paul, MN 55113-3724

Mark Butler, Labor Commissioner
Georgia Dept. of Labor
223 Courtland St., NE
Atlanta, GA 30303-1777

NC Industrial Commission
Department of Insurance
1240 Mail Service Center
Raleigh, NC 27699-1240

North Carolina Department of Commerce
Division of Employment Security
P O Box 27967
Powellsville, NC 27967

North Carolina Department of Revenue
Bankruptcy Unit
P O Box 1168
Raleigh, NC 27602-1168

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0100

North Carolina Quick Pass
Quick Pass Customer Service Center
P O Box 7116
Charlotte, NC 28272-1116

North Shore Agency
P O Box 9221
Old Bethpage, NY 11804-9021

On Deck Capital, Inc.
1400 Broadway
New York, NY 10018-5300

Proactiv
P O Box 2020
Harlan, IA 51593-0001

(p)RUTHERFORD COUNTY REVENUE DEPARTMENT
ATTN BANKRUPTCY CLERK
125 W 3RD ST
RUTHERFORDTON NC 28139-2425

(p)SC DEPARTMENT OF EMPLOYMENT AND WORKFORCE
PO BOX 8597
COLUMBIA SC 29202-8597

SE Toyota Finance
P O Box 991817
Mobile, AL 36691-8817

Sandra Smith
106 Columns Circle
Shelby, NC 28150-4866

Smith Debnam et al
Christina McAlpin Taylor
P O Box 176010
Raleigh, NC 27619-6010

Smith Debnam et al
Jeriel Thomas
P O Box 176010
Raleigh, NC 27619-6010

South Carolina Dept. of Revenue
P O Box 125
Columbia, SC 29202-0125

State Employees' Credit Union
PO Box 29606
Raleigh, NC 27626-0606

Steve H. Owens Rutherford Co. Clerk of Court
19 CVD 530
229 N. Main St., Ste. 203
Rutherfordton, NC 28139-2535

Steve H. Owens Rutherford Co. Clerk of Court
19-CVD-583
229 N. Main St., Ste 203
Rutherfordton, NC 28139-2535

Susan Miller
NC Industrial Commission
1233 Mail Service Center
Raleigh, NC 27699-1233

US Attorney
227 W. Trade St.
Suite 1650
Charlotte, NC 28202-1698

Verliance, Inc.
43406 Business Park Dr.
Temecula, CA 92590-5526

Zwicker & Associates, PC
Franklin L. Greene, Esq.
P O Box 9013
Andover, MA 01810-0913

Matthew T. McKee
MaxGardnerLaw PLLC
213 Patton Ave
Suite A
Shelby, NC 28150-4696

Steven G. Tate
212 Cooper Street
Statesville, NC 28677-5856

Thomas Alexander Smith
2565 NC 120 Hwy
Mooresboro, NC 28114-6732

Yolanda Kaye Smith
2565 NC 120 Hwy
Mooresboro, NC 28114-6732

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America, NA
PO Box 982238
El Paso, TX 79998

Branch Banking and Trust Company
223 West Nash Street
Wilson, NC 27893

Carolinas Emergency Physicians
P O Box 9238
Daytona Beach, FL 32120

Choice Recovery Inc
PO Box 20790
Columbus, OH 43220

Discover Financial Services, LLC
P O Box 15316
Wilmington, DE 19850-5316

Georgia Dept. of Revenue
Taxpayer Services Division
P O Box 105499
Atlanta, GA 30348-5499

Rutherford County Revenue Dept.
125 W. 3rd St.
Rutherfordton, NC 28139

SC Dept of Employment and Workforce
P O Box 995
Columbia, SC 29202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)360 Equipment Finance

(u)First Citizens Bank

(d)North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

End of Label Matrix
Mailable recipients    59
Bypassed recipients     3
Total                  62